BENJAMIN B. WAGNER
United States Attorney
MICHAEL D. McCOY
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2700

**FILED**

MAR 13 2013

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. |
| Plaintiff, | 2:13-mj-0078 AC |
| v. | SEALING ORDER |
| GREGORY THOMAS PHELAN, | (UNDER SEAL) |
| Defendant. | |

**SEALED**

Upon Application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the Criminal Complaint, the Petition of Assistant U.S. Attorney Michael D. McCoy to Seal Criminal Complaint, Arrest Warrant, and this Order, in the above-referenced case, shall be sealed until the arrest of the defendant or until further order of the Court.

DATED: 3/13/13

ALLISON CLAIRE
United States Magistrate Judge

1