FILED
March 21, 2013
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> GREGORY THOMAS PHELAN, ) <br> ) <br> Defendant. ) | CASE NUMBER: 2:13-mj-00078-AC <br><br> ORDER FOR RELEASE <br> OF PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>Gregory Thomas Phelan</u>; Case <u>2:13-mj-00078-AC</u> from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    __  Release on Personal Recognizance

    __  Bail Posted in the Sum of _____

    _X_  Unsecured Appearance Bond in the amount of <u>$100,000</u>, co-signed by sister.

    __  Appearance Bond with 10% Deposit

    __  Appearance Bond secured by Real Property

    __  Corporate Surety Bail Bond

    _X_  (Other) <u>Pretrial Supervision/Conditions.</u>

Issued at  <u>Sacramento, CA</u>  on  <u>3/21/2013</u>  at  <u>3:10 p.m.</u>

By _____
Carolyn K. Delaney
United States Magistrate Judge