HEATHER E. WILLIAMS, Bar #122664
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
GREGORY THOMAS PHELAN



IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA


| UNITED STATES OF AMERICA, | ) | 2:13-MJ-0078 AC |
|---|---|---|
| Plaintiff, | ) | **STIPULATION AND ORDER TO EXTEND TIME FOR PRELIMINARY EXAMINATION AND EXCLUDE TIME** |
| v. | ) | |
| GREGORY THOMAS PHELAN, | ) | |
| Defendant. | ) | Date: May 20, 2013<br>Time: 2:00 p.m.<br>Judge: Hon. Alison Claire |

It is hereby stipulated and agreed between defendant, Gregory Phelan, and plaintiff, United States of America, by and through their attorneys, that the preliminary hearing set for May 20, 2013, may be continued to June 11, 2013, at 2:00 p.m.

Mr. Phelan was charged in a criminal complaint filed March 13, 2013. On March 18, 2013, he appeared in custody before the Magistrate Judge. After a hearing on March 21, 2013, the Court ordered him released pending trial and, at the parties' request, continued the preliminary hearing to April 15, 2013. Since then, the parties have agreed to further continuances of the preliminary

1

1 hearing because of the strong likelihood they will agree to resolve
2 the pending charges without obtaining a formal indictment.  The
3 parties' discussions are ongoing and they seek additional time to
4 complete them.  Accordingly, the parties ask the Court to continue
5 the preliminary hearing to June 11, 2013, at 2:00 p.m., pursuant to
6 Federal Rule of Criminal Procedure 5.1.  The parties agree that the
7 progress they have made towards pre-indictment resolution
8 constitutes good cause for the continuance.

9 In light of the parties' ongoing discussions, the parties also
10 ask the Court to find that the interests of justice to be served by
11 this continuance outweigh the best interests of the public and Mr.
12 Phelan in a speedy trial and to exclude under the Speedy Trial Act
13 the period of delay from May 14 through June 11, 2013, *see* 18
14 U.S.C. § 3161(h)(7)(A) and (B)(iv), to afford both parties
15 reasonable time to prepare.

                                        Respectfully Submitted,

                                        HEATHER WILLIAMS
                                        Federal Defender

Dated:  May 15, 2013          /s/ T. Zindel
                                        TIMOTHY ZINDEL
                                        Assistant Federal Defender
                                        Attorney for GREGORY T. PHELAN


                                        BENJAMIN B. WAGNER
                                        United States Attorney

Dated:  May 15, 2013          /s/ T. Zindel for M. McCoy
                                        MICHAEL McCOY
                                        Assistant U.S. Attorney

**O R D E R**

The preliminary hearing is continued to June 11, 2013, at 2:00 p.m., the Court finding good cause.  The Court also finds that the interests of justice to be served by this continuance outweigh the best interests of the public and Mr. Phelan in a speedy trial and therefore excludes from calculation under the Speedy Trial Act the period of delay from May 14 through June 11, 2013, *see* 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

Dated: May 15, 2013

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE