HEATHER E. WILLIAMS, Bar #122664
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
GREGORY THOMAS PHELAN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:13-MJ-0078 AC |
| | ) | |
| Plaintiff, | ) | **AMENDED STIPULATION AND ORDER TO** |
| | ) | **EXTEND TIME FOR PRELIMINARY** |
| v. | ) | **EXAMINATION AND EXCLUDE TIME** |
| | ) | |
| GREGORY THOMAS PHELAN, | ) | |
| | ) | Date: June 11, 2013 |
| Defendant. | ) | Time: 2:00 p.m. |
| _____ | ) | Judge: Hon. Dale A. Drozd |

It is hereby stipulated and agreed between defendant, Gregory Phelan, and plaintiff, United States of America, by and through their attorneys, that the preliminary hearing set for June 11, 2013, may be continued to July 11, 2013, at 2:00 p.m.

Mr. Phelan was charged in a criminal complaint filed March 13, 2013. After a hearing on March 21, 2013, the Court ordered him released pending trial and, at the parties' request, continued the preliminary hearing. Since then, the parties have agreed to further continuances of the preliminary hearing because of the likelihood they will agree to resolve the pending charges without

need of a formal indictment.  The parties' discussions are ongoing and they seek additional time to complete them.  Accordingly, the parties ask the Court to continue the preliminary hearing to July 11, 2013, at 2:00 p.m., pursuant to Federal Rule of Criminal Procedure 5.1.  The parties agree that the progress they have made towards pre-indictment resolution constitutes good cause for the continuance.

In light of the parties' ongoing discussions, the parties also ask the Court to find that the interests of justice to be served by this continuance outweigh the best interests of the public and Mr. Phelan in a speedy trial and to exclude under the Speedy Trial Act the period of delay from May 14 through July 11, 2013, *see* 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), to afford both parties reasonable time to prepare.

                                      Respectfully Submitted,

                                      HEATHER WILLIAMS
                                      Federal Defender

Dated:  June 7, 2013         /s/ T. Zindel
                                      TIMOTHY ZINDEL
                                      Assistant Federal Defender
                                      Attorney for GREGORY T. PHELAN

                                      BENJAMIN B. WAGNER
                                      United States Attorney

Dated:  June 7, 2013         /s/ T. Zindel for M. McCoy
                                      MICHAEL McCOY
                                      Assistant U.S. Attorney

**O R D E R**

The preliminary hearing is continued to July 11, 2013, at 2:00 p.m., before Magistrate Judge Kendall J. Newman the Court finding good cause. The Court also finds that the interests of justice to be served by this continuance outweigh the best interests of the public and Mr. Phelan in a speedy trial and therefore excludes from calculation under the Speedy Trial Act the period of delay from the date of this order through July 11, 2013, *see* 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

DATED: June 10, 2013.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1.crim
phelan0078.amd.stipord.cont.prelim.wpd