1  HEATHER E. WILLIAMS, Bar #122664
   Federal Defender
2  TIMOTHY ZINDEL, Bar #158377
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5

6  Attorney for Defendant
   GREGORY THOMAS PHELAN
7

8

9               IN THE UNITED STATES DISTRICT COURT

10            FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12  UNITED STATES OF AMERICA,      )   2:13-MJ-0078 AC
                                   )
13            Plaintiff,           )   **STIPULATION AND ORDER TO**
                                   )   **EXTEND TIME FOR PRELIMINARY**
14     v.                          )   **EXAMINATION AND EXCLUDE TIME**
                                   )
15  GREGORY THOMAS PHELAN,         )
                                   )   Date:  July 11, 2013
16            Defendant.           )   Time:  2:00 p.m.
   _____)   Judge: Hon. Kendall J. Newman
17

18

19         It is hereby stipulated and agreed between defendant, Gregory

20  Phelan, and plaintiff, United States of America, by and through

21  their attorneys, that the preliminary hearing set for July 11,

22  2013, may be continued to July 23, 2013, at 2:00 p.m.

23         Mr. Phelan was charged in a criminal complaint filed March 13,

24  2013.  After a hearing on March 21, 2013, the Court ordered him

25  released pending trial and, at the parties' request, continued the

26  preliminary hearing.  Since then, the parties have agreed to

27  further continuances of the preliminary hearing because of the

28  likelihood they will agree to resolve the pending charges without

                                    1

need of a formal indictment.  The parties' discussions are ongoing and they seek additional time to complete them.  Accordingly, the parties ask the Court to continue the preliminary hearing to July 23, 2013, at 2:00 p.m., pursuant to Federal Rule of Criminal Procedure 5.1.  The parties agree that the progress they have made towards pre-indictment resolution constitutes good cause for the continuance.

In light of the parties' ongoing discussions, the parties also ask the Court to find that the interests of justice to be served by this continuance outweigh the best interests of the public and Mr. Phelan in a speedy trial and to exclude under the Speedy Trial Act the period of delay from July 11 through July 23, 2013, *see* 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), to afford both parties reasonable time to prepare.

Respectfully Submitted,

HEATHER WILLIAMS
Federal Defender

Dated:  July 10, 2013        /s/ T. Zindel
                             TIMOTHY ZINDEL
                             Assistant Federal Defender
                             Attorney for GREGORY T. PHELAN

                             BENJAMIN B. WAGNER
                             United States Attorney

Dated:  July 10, 2013        /s/ T. Zindel for M. McCoy
                             MICHAEL McCOY
                             Assistant U.S. Attorney

2

**O R D E R**

The preliminary hearing is continued to July 23, 2013, at 2:00 p.m., the Court finding good cause.  The Court also finds that the interests of justice to be served by this continuance outweigh the best interests of the public and Mr. Phelan in a speedy trial and therefore excludes from calculation under the Speedy Trial Act the period of delay from the date of this order through July 23, 2013, *see* 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

Dated: July 11, 2013

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE