HEATHER E. WILLIAMS, Bar #122664
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
GREGORY THOMAS PHELAN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | 2:13-MJ-0078 AC |
|---|---|---|
| Plaintiff, | ) | **STIPULATION AND ORDER TO EXTEND TIME FOR PRELIMINARY EXAMINATION AND EXCLUDE TIME** |
| v. | ) | |
| GREGORY THOMAS PHELAN, | ) | Date: July 23, 2013 |
| Defendant. | ) | Time: 2:00 p.m. |
| | ) | Judge: Hon. Kendall J. Newman |

It is hereby stipulated and agreed between defendant, Gregory Phelan, and plaintiff, United States of America, by and through their attorneys, that the preliminary hearing set for July 23, 2013, may be continued to August 7, 2013, at 2:00 p.m.

Mr. Phelan was charged in a criminal complaint filed March 13, 2013. After a hearing on March 21, 2013, the Court ordered him released pending trial and, at the parties' request, continued the preliminary hearing. Since then, the parties have agreed to further continuances of the preliminary hearing because of the likelihood they will agree to resolve the pending charges without

1

need of a formal indictment. The parties' discussions are ongoing and they seek additional time to complete them. Accordingly, the parties ask the Court to continue the preliminary hearing to August 7, 2013, at 2:00 p.m., pursuant to Federal Rule of Criminal Procedure 5.1. The parties agree that the progress they have made towards pre-indictment resolution constitutes good cause for the continuance.

In light of the parties' ongoing discussions, the parties also ask the Court to find that the interests of justice to be served by this continuance outweigh the best interests of the public and Mr. Phelan in a speedy trial and to exclude under the Speedy Trial Act the period of delay from July 22 through August 7, 2013, *see* 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), to afford both parties reasonable time to prepare.

```
                                Respectfully Submitted,

                                HEATHER WILLIAMS
                                Federal Defender

Dated:   July 22, 2013          /s/ T. Zindel
                                TIMOTHY ZINDEL
                                Assistant Federal Defender
                                Attorney for GREGORY T. PHELAN


                                BENJAMIN B. WAGNER
                                United States Attorney

Dated:   July 22, 2013          /s/ T. Zindel for M. McCoy
                                MICHAEL McCOY
                                Assistant U.S. Attorney
```

**O R D E R**

The preliminary hearing is continued to August 7, 2013, at 2:00 p.m., the Court finding good cause. The Court also finds that the interests of justice to be served by this continuance outweigh the best interests of the public and Mr. Phelan in a speedy trial and therefore excludes from calculation under the Speedy Trial Act the period of delay from the date of this order through August 7, 2013, *see* 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

Dated: July 22, 2013

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE