HEATHER E. WILLIAMS, Bar #122664
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
GREGORY THOMAS PHELAN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | 2:13-MJ-0078 AC |
|---|---|---|
| Plaintiff, | ) | **STIPULATION AND ORDER TO EXTEND TIME FOR PRELIMINARY EXAMINATION AND EXCLUDE TIME** |
| v. | ) | |
| GREGORY THOMAS PHELAN, | ) | |
| Defendant. | ) | Date: August 7, 2013<br>Time: 2:00 p.m.<br>Judge: Hon. Alison Claire |

It is hereby stipulated and agreed between defendant, Gregory Phelan, and plaintiff, United States of America, by and through their attorneys, that the preliminary hearing set for August 7, 2013, may be continued to September 18, 2013, at 2:00 p.m.

Mr. Phelan was charged in a criminal complaint filed March 13, 2013. After a hearing on March 21, 2013, the Court ordered him released pending trial and, at the parties' request, continued the preliminary hearing. The parties thereafter agreed to further continuances of the preliminary hearing to consider resolving the pending charges without a formal indictment. The parties'

discussions succeeded and an agreement has been reached, but time is needed to file the information, write the plea agreement, and schedule the plea before the District Judge. Accordingly, the parties ask the Court to continue the preliminary hearing to September 18, 2013, at 2:00 p.m., pursuant to Federal Rule of Criminal Procedure 5.1.  The parties agree that the  progress they have made towards pre-indictment resolution constitutes good cause for the continuance.

In light of the parties' ongoing discussions, the parties also ask the Court to find that the interests of justice to be served by this continuance outweigh the best interests of the public and Mr. Phelan in a speedy trial and to exclude under the Speedy Trial Act the period of delay from August 5 through September 18, 2013, *see* 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), to afford both parties reasonable time to prepare.

                                Respectfully Submitted,

                                HEATHER WILLIAMS
                                Federal Defender

Dated:   August 5, 2013      /s/ T. Zindel
                                TIMOTHY ZINDEL
                                Assistant Federal Defender
                                Attorney for GREGORY T. PHELAN


                                BENJAMIN B. WAGNER
                                United States Attorney

Dated:   August 5, 2013      /s/ T. Zindel for M. McCoy
                                MICHAEL McCOY
                                Assistant U.S. Attorney

**O R D E R**

The preliminary hearing is continued to September 18, 2013, at 2:00 p.m., the Court finding good cause. The Court also finds that the interests of justice to be served by this continuance outweigh the best interests of the public and Mr. Phelan in a speedy trial and therefore excludes from calculation under the Speedy Trial Act the period of delay from the date of this order through September 18, 2013, *see* 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

Dated:   August 6, 2013

*/s/ Allison Claire*
_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE